**APPENDIX A**
**SUMMARY OF PROPOSED DATES SET FORTH IN SCHEDULING ORDER**

| EVENT | DATE |
|---|---|
| Parties shall complete and file a Notice Concerning Reference to United States Magistrate Judge. | April 1, 2024 |
| Parties shall serve initial disclosures. | June 14, 2024 |
| Parties shall file all motions to join additional parties. | July 1, 2024 |
| Plaintiff shall serve a disclosure of asserted claims and preliminary infringement contentions (and accompanying document production). | September 3, 2024 |
| Parties shall file all motions to amend or supplement pleadings. | October 1, 2024 |
| Defendant shall serve its preliminary invalidity contentions in the form of claim charts (and accompanying document production). | November 4, 2024 |
| Parties shall concurrently exchange a preliminary list of claim terms and identify any claim element a party contends should be governed by 35 U.S.C. § 112(f). | December 2, 2024 |
| Parties concurrently exchange a preliminary list of proposed constructions for the proposed claim terms. | December 19, 2024 |
| Parties meet and confer to discuss preliminary proposed constructions for the preliminary list of claim terms | January 10, 2025 |
| Parties shall exchange final proposed constructions with identification of extrinsic evidence, including expert witness declarations. | January 31, 2025 |
| Parties concurrently exchange any rebuttal expert declarations relating to claim construction and/or indefiniteness | February 28, 2025 |
| Close of claim construction discovery. | March 28, 2025 |
| Case will be ready for claim construction briefing and hearing by | June 13, 2025 |
| Parties to submit optional technical tutorials | TBD by Court |
| Plaintiff shall file its Opening Claim Construction Brief. | April 18, 2025 or TBD by Court |
| Defendant shall file its Responsive Claim Construction Brief. | May 16, 2025 or TBD by Court |

1

**APPENDIX A**
**SUMMARY OF PROPOSED DATES SET FORTH IN SCHEDULING ORDER**

| | |
|---|---|
| Plaintiff shall file its Reply Claim Construction Brief. | May 30, 2025 or TBD by Court |
| Claim Construction Hearing | TBD by Court |
| Close of fact discovery. | December 19, 2025 |
| Parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B). | January 30, 2026 |
| Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B). | February 27, 2026 |
| Parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served. | March 27, 2026 |
| Parties asserting claims for relief shall submit a written offer of settlement to opposing parties. | 7 days after Markman opinion. |
| Each opposing party shall respond in writing to the settlement offer. | 14 days after receipt of settlement offer. |
| Parties to provide updated infringement and invalidity contentions based on Court's claim construction order | 30 days after Markman opinion |
| A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed. | 2 months after Markman opinion |
| Close of Expert Discovery | April 24, 2026 |
| Dispositive motions and objections to the reliability of an expert's proposed testimony under FRE 702 shall be filed. | May 22, 2026 |
| Responses to dispositive motions and objections to the reliability of an expert's proposed testimony under FRE 702 shall be filed and served on all other parties. | June 19, 2026 |
| Replies in support of dispositive motions and objections to the reliability of an expert's proposed testimony under FRE 702 shall be filed and served on all other parties. | July 10, 2026 |
| Trial | At the convenience of the Court. |